IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KAREN S. DARNELL,

    Petitioner,

-vs-

VICTOR VEGA,,

    Respondent.                        No. 13-cv-8-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 2, 2013, the Petition for Writ of Habeas Corpus is **DENIED** and this action is **DISMISSED** with prejudice as moot.

**DATED:** January 3, 2014

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                          BY:  s/*Sara Jennings*
                                                    Deputy Clerk

David R. Herndon
2014.01.03
20:26:54 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT